UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-60780-BLOOM/Valle

CREELED, INC.,

 Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

 Defendants.
_____/

**ORDER ON MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court on Plaintiff CreeLED, Inc.'s ("Plaintiff") Motion for Entry of Final Default Judgment ("Motion"). ECF No. [92]. The Court has reviewed the Motion, the record in this case, and the applicable law. For the foregoing reasons, the Motion is denied without prejudice.

 **I.** **BACKGROUND**

 **A. Procedural History**

This action involves 347 Defendants. Accordingly, a brief review of the relevant procedural history is appropriate. *See* ECF No. [1]; *see also* ECF No. [6-1] (Defendants identified on Schedule "A" of the Complaint). On June 2, 2023, the Court entered an Order that required the Defendants identified in that Order to file a response to Plaintiff's Complaint by June 9, 2023. ECF No. [42] at 1-9 ("First Order to Answer").[1] In the First Order to Answer, the Court directed Plaintiff

---

[1] To identify which Defendants in this action defaulted, the Court reviewed the record to determine whether any of the Defendants listed on Schedule "A" to the Complaint answered or otherwise responded to the Complaint. *Id.* at 9. The Court noted that certain defendants were dismissed from the

to file a Motion for Entry of Clerk's Default with respect to those Defendants by June 16, 2023, should those Defendants failed to file a response by June 9, 2023. *Id.* ¶¶ 1, 2. One day before the deadline for Defendants to respond, a subset of those Defendants, Binwo Smart Home ("Binwo"), CraBow, Phixtonus, and yinghuatiyu (collectively, "Represented Defendants"), filed an unopposed motion for an extension of time to file a response to the Complaint, ECF No. [57]; which the Court granted, requiring the Represented Defendants to respond by June 30, 2023, ECF No. [59]. From June 8, 2023 through June 15, 2023, upon Plaintiff's Notices of Voluntary Dismissal as to Certain Defendants, ECF Nos. [58], [66], [68], the Court dismissed with prejudice the Defendants identified in three Orders of Dismissal. *See* ECF Nos. [62], [67], [69]. On June 9, 2023, the Court granted Defendant LG Expro dba Shopstoryfrance ("Shopstoryfrance") an extension of time in which to respond to the Complaint. ECF No. [63]. On June 9, 2023, and July 5, 2023, the Court granted two extensions of time to Shopstoryfrance, requiring its response to the Complaint by July 14, 2023. ECF Nos. [63], [91].

On June 16, 2023, Plaintiff filed a Motion for Clerk's Entry of Default. ECF No. [77]. The Clerk thereafter entered default as to certain Defendants ("Clerk-Defaulted Defendants"). ECF No. [78-1]. Those Defendants did not include the Represented Defendants or Shopstoryfrance. Accordingly, the Court entered an Order, ECF No. [81] at 1-7 ("June 20, 2023 Order"), in which the Court directed Plaintiff to file one of two responses by July 5, 2023: a motion for default final judgment if there are no allegations of joint and several liability and no possibility of inconsistent

---

action upon Plaintiff's Notices of Voluntary Dismissal as to Certain Defendants, *see* ECF Nos. [23] and [34], and that other Defendants were granted extensions of time to respond, *see* ECF Nos. [36] and [41]. *Id.*

liability between Defendants, or a Notice of Joint Liability if there are allegations of joint and several liability or the possibility exists of inconsistent liability. *Id.* at 7-8.

From June 21, 2023, through June 27, 2023, upon Plaintiff's Notices of Voluntary Dismissal as to Certain Defendants, ECF Nos. [70], [73], [79], [86], the Court dismissed with prejudice the Defendants identified in four Orders of Dismissal. *See* ECF Nos. [80], [82], [83], [87]. On June 30, 2023, rather than responding to the Complaint, the Represented Defendants filed a Motion to Dissolve the Preliminary Injunction and the Temporary Restraining Order. ECF No. [88]. On July 5, 2023, Plaintiff filed the instant Motion.

On July 6, 2023, the Court entered an Order that directed the Represented Defendants to file a response to the Complaint by July 13, 2023. ECF No. [93] ("Second Order to Answer"). On July 13, 2023, the Represented Defendants filed their Answers to the Complaint. ECF Nos. [99] – [102]. That same day, the Court entered an Order on Consent Motion to Effectuate Settlement, ECF No. [105], between Plaintiff and perfumedynasty-24*7. ECF No. [105].

On July 14, 2023 and July 19, 2023, upon Plaintiff's Notices of Voluntary Dismissal as to Certain Defendants, ECF Nos. [104], [110], the Court issued further Orders of Dismissal as to certain Defendants. ECF Nos. [106], [111]. On July 17, 2023, the Court entered an Order that requires Shopstoryfrance to respond to the Complaint by July 24, 2023. ECF No. [109] ("Third Order to Answer"). On July 20, 2023, on Defendant ZStoneUS's unopposed motion for an extension of time to respond to the Complaint, ECF No. [112], the Court granted Defendant ZStoneUS leave to file a motion to set aside the Clerk's entry of default. *See* ECF Nos. [113], [114]. On July 21, 2023, Plaintiff filed a Notice of Voluntary Dismissal as to certain Defendants, including Shopstoryfrance, ECF No. [116], and the Court approved the Notice of Voluntary Dismissal. ECF No. [117].

Accordingly, of the 347 Defendants listed on Schedule "A" of the Complaint, the Represented Defendants are actively litigating this action, Defendant perfumedynasty-24*7 is in the process of reaching a settlement with Plaintiff, Defendant ZStoneUS has not yet responded to the Court's leave to file a motion to set aside the Clerk's entry of default, 127 Defendants have been dismissed from this action, and the following 214 Defendants are—based on the Court's review of the record—the Clerk-Defaulted Defendants:

| D. No. | Seller Name |
|---|---|
| 1 | ALARICK HOLDINGS INC. |
| 2 | AMZMK-UK |
| 3 | AMZQIANG |
| 5 | AuKvi |
| 7 | CGB123 |
| 12 | cuteoo |
| 13 | Dirace Inc |
| 14 | DragTrade |
| 17 | GaiGaiMall |
| 19 | gifts for women✿✿ldgr✿✿ |
| 25 | JH E-Commerce Ltd |
| 26 | jinyexf |
| 29 | LIAOSHAN life |
| 30 | Litwod |
| 31 | LUNCONE |
| 32 | LXMbeimei |
| 33 | Matresh |
| 35 | Menghong |
| 36 | Miular |
| 38 | Moveski Direct |
| 40 | QSseven |
| 43 | SGMOER(7~15 days delivery) |
| 45 | SmilePink Shop |
| 46 | SouyosDirect |
| 47 | T.A2Z Store |
| 49 | TVMXQ-PRO Lighting equipment store |
| 50 | US HOME |
| 51 | ustopfire |
| 54 | woroom101 |
| 58 | yuyezhuanye |
| 59 | zeasun |
| 61 | ZstoneUS |

| | |
|---|---|
| 63 | 神筠 |
| 64 | 2021leduk |
| 65 | ahsy-5677 |
| 66 | alesslondon |
| 67 | apasamar-0 |
| 68 | bakigun0 |
| 69 | bakisuar0 |
| 70 | barethe |
| 72 | baybeblue1 |
| 74 | budgam65 |
| 75 | cellosales |
| 76 | chasa_3104 |
| 78 | dafri2924 |
| 79 | danstore2019 |
| 80 | dctrading21 |
| 82 | diycarserviceparts |
| 83 | dobrivecel |
| 84 | doris_kj |
| 85 | eastco-eng |
| 88 | egotool8 |
| 89 | enerpower4u |
| 95 | erivari-2530 |
| 96 | esell_25 |
| 97 | expertsincrediblestore |
| 99 | feev-51 |
| 101 | fukluksaufr |
| 102 | galha-220 |
| 103 | gifts2smile |
| 106 | hazan2824 |
| 108 | hiquality_shop |
| 109 | hmd_shop |
| 110 | homeshopfamily |
| 112 | jerbe_99 |
| 114 | kemo6209 |
| 116 | komuhy_0 |
| 117 | kvp_bargin |
| 120 | lithuaniadeals |
| 121 | lufar_6389 |
| 124 | mimsy9 |
| 127 | muhair1264 |
| 130 | niame-1050 |
| 131 | nicahu-41 |
| 132 | nuryul_59 |
| 133 | opticfireuk |

| | |
|---|---|
| 134 | orlya80 |
| 135 | oz-onestop |
| 136 | pa_272166 |
| 137 | pace.ramon |
| 138 | patkor1 |
| 139 | Perfurmedynasty-24*7 |
| 141 | powertoolsdirectonline |
| 143 | rama7746 |
| 146 | rhine.retail |
| 147 | rjhomestore |
| 148 | robo2019 |
| 150 | sahpo_69 |
| 151 | sanarad0 |
| 152 | sarayousef89 |
| 153 | sd-fashion |
| 154 | setiyap-14 |
| 155 | shale-1812 |
| 156 | slender19 |
| 157 | sobreruedas-spain |
| 159 | thanavar_2 |
| 160 | the_uk_shop |
| 162 | tikhair-44 |
| 164 | tools..warehouse |
| 165 | totaldiy |
| 166 | tpam56 |
| 167 | tshir_97 |
| 168 | warfian-0 |
| 169 | weston_global |
| 176 | yuemx-69 |
| 179 | beauty-steps |
| 180 | fashionmall2020 |
| 183 | 579 |
| 184 | 563601870 |
| 186 | 91sky E-commerce Co.Ltd. |
| 187 | aaaccc |
| 189 | ACE Lighting Co.,LTD |
| 191 | aga88 |
| 192 | A-KISONG |
| 193 | All kinds of Screen Protertor and Phone Case |
| 194 | AL-Memory |
| 195 | aonaite |
| 197 | baba_store |
| 198 | better you want |
| 199 | Binzhuoultraelectronictechnology |

| | |
|---|---|
| 200 | Blibibibi111 |
| 201 | changjieshouyi |
| 202 | CHAOSWOD |
| 203 | charlie.hu |
| 204 | chenbinstore |
| 205 | chengfen |
| 207 | Compilation |
| 208 | CongYuan trade co., LTD ShenZhen |
| 209 | Cositaschava |
| 211 | cyd&dyc |
| 212 | daebagtem |
| 214 | dazzlcat |
| 215 | dianjunshopstate |
| 216 | ellismorley1 |
| 218 | Fashion Made Factory |
| 219 | fashion321 |
| 220 | fashionhoho |
| 221 | fashionstore8 |
| 222 | Fei_XXXX |
| 223 | feiangkl |
| 226 | Freeman Diamond Painting1 |
| 229 | gaoying852 |
| 230 | Genwiss Technology Limited |
| 231 | gfnxgfn |
| 233 | Guest clothing trade |
| 234 | hanchao123 |
| 237 | Hongfa co., LTD |
| 238 | huaihuaxinda |
| 241 | Japusoon |
| 244 | jialicaicaicai88 |
| 247 | jvfyad |
| 248 | kakakaa |
| 249 | KYM international trade |
| 250 | langligel |
| 251 | langrenhuwai168 |
| 252 | ledflashlightHKHK |
| 254 | Liangbanghong |
| 255 | Lifmao Yunyishang |
| 256 | Lighthearth |
| 258 | Liibotlight |
| 261 | Lisa lixia |
| 262 | liuhuijuan2358 |
| 263 | liuqiaoyun6364 |
| 266 | LordOf Light |

| 268 | lvjuyan |
|---|---|
| 269 | lyq fashion life |
| 272 | MAGAZACILIK SANAYI VE TICARET |
| 274 | maikolerfeng |
| 275 | mamade |
| 276 | meiridianzikejigongsi |
| 277 | mengtingzeng |
| 279 | meris888 |
| 280 | minminaa |
| 283 | My Lighting |
| 284 | New Road Jewelry |
| 285 | NortonMorgantRiYbC |
| 286 | PanAmei |
| 289 | Professional_Lighting |
| 290 | Qlee tech |
| 292 | RC Car Model Store |
| 293 | RC Lovers |
| 294 | RC Model Lovers |
| 296 | RodneyAdonisoZmFf |
| 297 | Roytops Co.Ltd |
| 298 | Ruilai life Museum |
| 300 | SCOTTHEAVY |
| 301 | shasha1996 |
| 302 | SHEHDS Stage Lighting |
| 303 | shenzhenxiwangmaoyiyouxiangongsi |
| 305 | Simple encounter |
| 308 | STC Stores |
| 309 | Su-mall |
| 310 | SUN god god |
| 311 | Sweethapy Watchtoy |
| 312 | TacBlades |
| 313 | Tang Wu 888 Shop |
| 314 | tanyod |
| 315 | taoqian Internet technology |
| 316 | The shop for sport |
| 319 | tu zapato ideal |
| 320 | tyqoioqaiiq |
| 321 | vngfjngfn |
| 323 | Wan fa |
| 326 | wangshihua02064 |
| 327 | WENJIA113 |
| 328 | WinniSamuelkViC |
| 329 | wsongLtd |
| 330 | WUQ9527 |

| 331 | wzchunlai |
| --- | --- |
| 335 | y1995hong |
| 339 | yinhuijuan |
| 341 | YUKU3 |
| 342 | yxubiao |
| 344 | ZLLH |
| 345 | ZQLXL2020 |
| 346 | zxiang40 |

### B. The Motion

The Plaintiff contends that default judgment is appropriate because the allegations in the Complaint establish the liability of the Clerk-Defaulted Defendants and the Represented Defendants (which Plaintiff refers to as the "Defaulting Defendants"). ECF No. [92] at 6. The Plaintiff further argues that the Complaint's factual allegations establish the Defaulting Defendants' liability, entry of a permanent injunction is appropriate, and Plaintiff is entitled to damages as to Counts I, II, III and IV of the Complaint. *Id.* at 6-17.

## II. LEGAL STANDARD

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court is authorized to enter a final judgment of default against a party who has failed to plead in response to a complaint. "'[A] defendant's default does not in itself warrant the court entering a default judgment.'" *DirecTV, Inc. v. Huynh*, 318 F. Supp. 2d 1122, 1127 (M.D. Ala. 2004) (quoting *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975)). Granting a motion for default judgment is within the trial court's discretion. *Adolph Coors Co. v. Movement Against Racism and the Klan*, 777 F.2d 1538, 1542 (11th Cir. 1985). Because the defendant is not held to admit facts that are not well pleaded or to admit conclusions of law, the court must first determine whether there is a sufficient basis in the pleading for the judgment to be entered. *See Buchanan v. Bowman*,

9

820 F.2d 359, 361 (11th Cir. 1987) ("[L]iability is well-pled in the complaint, and is therefore established by the entry of default . . . .").

If there are multiple defendants, plaintiff must state in a motion for default judgment that there are no allegations of joint and several liability and set forth the basis why there is no possibility of inconsistent liability. *Adidas AG v. Adidasjeremyscottitalia.eu*, No. 13-CV-62712, 2014 WL 11722017, at *2 (S.D. Fla. Aug. 14, 2014). Generally, if one defendant who is alleged to be jointly and severally liable with other defendants, judgment should not be entered against that defendant until the matter is adjudicated against the remaining defendants. *See* 10A Charles Alan Wright and Arthur R. Miller, Federal Practice and Procedure § 2690 (3d ed. 1998) (citing *Frow v. De La Vega*, 82 U.S. 552, 554 (1872) ("[A] final decree on the merits against the defaulting defendant alone, pending the continuance of the cause, would be incongruous and illegal.")). "Even when defendants are similarly situated, but not jointly liable, judgment should not be entered against a defaulting defendant if the other defendant prevails on the merits." *Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

### III.  DISCUSSION

The Motion is premature as to certain Defendants against whom Plaintiff seeks default judgment. First, in its June 20, 2023 Order, the Court explained that Plaintiff must file either a motion for default judgment or a notice of joint liability as to the Clerk-Defaulted Defendants. *See* ECF No. [81] at 7-9. The Represented Defendants are not subject to the Court's June 20, 2023 Order. The Court ordered the Represented Defendants to respond to the Complaint by July 13, 2023. ECF No. [93]. The Represented Defendants have done so. ECF No. [99] – [102]. Thus, the Represented Defendants have not defaulted in this action. Second, the Court entered an Order to complete Plaintiff and Defendant perfumedynasty-24*7's settlement agreement. ECF No. [105]. Third, the Court granted leave to ZStoneUS to file a motion to set aside the Clerk's default. *See*

ECF Nos. [113], [114]. Therefore, a motion for default judgment is not yet ripe as to those Defendants.

Relatedly, the Motion is insufficient. As the Court required in its June 20, 2023 Order, Plaintiff must state in a motion for default judgment that there are no allegations of joint and several liability and set forth the basis why there is no possibility of inconsistent liability. Plaintiff has not done so. Indeed, the Court cannot discern how Plaintiff can meet the former condition when the Complaint contains allegations that suggest joint and several liability. *See* ECF No. [1] ¶ 48 ("Defendants' unlawful actions have individually and jointly caused and are continuing to cause unquantifiable damage to Plaintiff and are unjustly enriching Defendants with profits at Plaintiff's expense."), ¶ 56 ("Defendants are using counterfeits and infringements of the CreeLED Marks in order to unfairly compete with Plaintiff and others for space within search engine organic results, thereby jointly depriving Plaintiff of a valuable marketing and educational tool . . . ."). Moreover, given that the Represented Defendants are actively litigating this action, which is at an early stage, the Court cannot predict the action's outcome. Accordingly, the possibility of inconsistent liability is evident, so default judgment is presently inappropriate. *See Gulf Coast Fans, Inc.*, 740 F.2d at 1512. Thus, the Motion should be denied without prejudice until the matter is adjudicated against all Defendants.

IV.     **CONCLUSION**

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [92]**, is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 24, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record